213

Elizabeth G. MacDONALD, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10518.

Circuit Court of Appeals, Sixth Circuit.

Dec. 11, 1947.

Robert H. Cook, of Saginaw, Mich., for petitioner.

Theron L. Caudle, Sewall Key, Charles Oliphant, John M. Morawski, Helen R. Carloss, and Harry Baum, all of Washington, D. C., for respondent.

Before SIMONS, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard; and, upon consideration of the record, the briefs and oral argument of the attorneys for the contending parties, the decision of the tax court is affirmed on the basis of its findings of fact, all supported by substantial evidence, and for the reasons stated in its opinion, which cites Commissioner v. Tower, 327 U.S. 280, 66 S.Ct. 532, 90 L.Ed. 670, 164 A.L.R. 1135, as controlling authority.

UNITED STATES ex rel. Vincent C. CAMPO, Petitioner-Appellant, v. Colonel E. T. SWENSON, Commandant of the United States Disciplinary Barracks at Green Haven, New York, Respondent-Appellee.

No. 113, Docket 20798.

Circuit Court of Appeals, Second Circuit.

Dec. 31, 1947.

Harry Kamer, of Brooklyn, N. Y., for petitioner-appellant.

John F. X. McGohey, U. S. Atty., of New York City (John F. Ryan, Asst. U. S. Atty., of New York City, Bertram Schwartz, Headquarters, First Army, Office of Army Judge Advocate, of Jamaica N. Y., and

Thayer Chapman, Major, J.A.G.D., U. S. Army, of Washington, D. C., of counsel), for respondent-appellee.

Before CHASE, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below, Ex parte Campo, D.C., 71 F.Supp. 543.

Abe ZUSSMAN, Appellant, v. UNITED STATES of America, Appellee.

No. 10276.

Circuit Court of Appeals, Sixth Circuit.

Dec. 8, 1947.

Thomas J. Rafferty, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for appellee.

Before SIMONS, ALLEN, and McALLISTER, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of Gordon v. United States, 6 Cir., 164 F.2d 855.